RECEIVED
SDNY PRO SE OFFICE
2024 JUN 11 AM 11: 58

OfficialMerchandise.com, LLC

23046 Avenida de la Carlota, Ste. 600

Laguna Hills, CA 92653


Date:   June 6, 2024


To:   The Honorable Judge Carter c/o Pro Se Office

United States District Court for the Southern District of New York

500 Pearl Street, New York, NY 10007


From:   Steven Newman, CEO and Majority Shareholder of OfficialMerchandise.com, LLC


RE:   Civil Action No. 1:24-cv-3303   Sanjay Sookul v. OfficialMerchandise.com, LLC


Dear Judge Carter,


I was directed to contact you via the Pro Se Office.


On May 24th, a Motion to Dismiss this complaint was served on Kimmia Salehi, Esq.. the Attorney for the Plaintiff in this case. I am attaching the Motion and Proof of Service. The Company has been restricted from filing this Motion and Proof of Service with the Clerk since we are Pro Se.


Since serving the Motion to Dismiss, I have learned that the Plaintiff in this case has filed approximately 80 ADA lawsuits within the Southern District of New York, with as many as 10 lawsuits filed in a single day. I have attached a list of these lawsuits.

The Plaintiff has recently made a "Demand" of a large payment under threat of litigation. Given the frequency of and predatory nature of the filing of lawsuits, I believe that the Plaintiff may have violated New York State laws and I have filed a Civilian Crime Report with the United States Attorney's Office, Southern District of New York.

I respectfully request that you dismiss this case for the reasons noted in the Motion and given the Plaintiff's Bad Faith in bringing forth these lawsuits.

In the event this case is not dismissed, I respectfully request the opportunity to respond to the Plaintiff's allegations and defend this case should this matter go to Trial as OfficialMerchandise.com, LLC does not have the financial means to retain Counsel and given that the Plaintiff is explicitly using the threat of expensive litigation in seeking a large payment. Otherwise, if I am not allowed to defend the interests of the Company, and a default judgment were entered, I believe that would be a very inequitable result for the Company and further encourage the Plaintiff to escalate its predatory ADA complaints against small businesses such as OfficialMerchandise.com, LLC.

Thank you very much for consideration of my requests on behalf of OfficialMerchandise.com, LLC.

Best regards,

*(signature)*

Steven Newman, CEO

OfficialMerchandise.com, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL, on behalf of himself and all others similarly situated,

        Plaintiffs,

v.

OFFICIALMERCHANDISE.COM LLC

        Defendant

_____/

Civil Action No.
1:24-cv-3303

# DEFENDANT'S MOTION TO DISMISS PURSUANT
# TO FED. R. CIV. 12(b)(3)

- Defendant brings this Motion to Dismiss Plaintiffs' Complaint for the following reasons:

1) Plaintiff has filed a Complaint against Defendant alleging various claims associated with the Americans with Disabilities Act related to the website RockMerch.com, which is owned and operated by the Defendant.

2) The Website RockMerch.com maintains a Terms of Service (TOS) Agreement that includes a Dispute Resolution procedure. This Dispute Resolution procedure was established to prevent unneeded and expensive litigation for our customers and RockMerch.com, as seen in the current case, and to prevent unnecessary burdens on the Court. The Plaintiff has chosen to ignore these Dispute Resolution procedures.

3) Specifically, Section 12.2 (a) of the RockMerch.com user agreement states as follows: "(a) The parties will attempt in good faith to resolve through negotiation any such dispute, claim, controversy arising of or relating to the TOS or breach of the TOS. Either party may initiate negotiations by providing written notice in letter form to the other party setting forth the subject of the dispute and the relief requested. Within fifteen (15) days after receipt of said notice (or such longer period as may be agreed to by the parties), the receiving party shall submit to the other party a written response. The notice and response shall include (i) a general statement of the party's position, and (ii) recommended solution to the dispute."

4) Further, the Plaintiff had never notified RockMerch.com of the alleged issues that are the subject of this complaint prior to filing this complaint. That, in combination with the willful disregard of the TOS Dispute Resolution procedures, demonstrates egregious bad faith by the Plaintiff.

5) Additionally, section 12.1 of the TOS indicates that the Governing Law and Venue shall be Orange County, California, as follows: "Governing Law and Venue. The construction, interpretation and performance of the TOS and all transactions related thereto shall be governed by and construed in all respects in accordance with the laws of the State of California, without giving effect to the principles of conflicts of law thereof. You irrevocably consent to venue in Orange County, California, and you agree that any mediation, arbitration, action or lawsuit arising under this Agreement or relating to the subject matter thereof shall be maintained in Orange County, California."

6) The appropriate venue for the resolution of this dispute is not the United States District Court, Southern District of New York, but rather the parties working constructively and in Good Faith to resolve this matter using the Dispute Resolution procedures outlined within the RockMerch TOS. Should that effort fail, the geographic venue for this matter is prescribed to be

Orange County, California per the RockMerch TOS. FED. R. CIV. 12(b)(3) regarding venue is applicable to this Complaint.

WHEREFORE, Defendant requests that this Court grant their Motion to Dismiss for the above stated reasons.

                                            s/Steven J. Newman
                                            CEO of OfficialMerchandise.com, LLC

Dated: May 23, 2024

| STEVEN NEWMAN<br>STEVEN NEWMAN<br>23046 AVENIDA DE LA CARLOTA, STE 600   LAGUNA HILLS, CA 92653<br>**Attorney For:** | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(949) 933-2255**       FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* **steve@stevenewman.com** | |

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
STREET ADDRESS: **500 PEARL STREET**
MAILING ADDRESS:
CITY AND ZIP CODE: **NEW YORK, NY 10007**
BRANCH NAME: **SOUTHERN**

PLAINTIFF *(name each):* **SANJAY SOOKUL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**
DEFENDANT *(name each):* **OFFICIALMERCHANDISE.COM LLC**

CASE NUMBER:
**1:24-cv-3303**

| **PROOF OF HAND DELIVERY** | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. 12(b)(3)**

NAME OF PARTY:   **KIMMIA SALEHI, ESQ.**

BY LEAVING WITH:   **'JOHN DOE' - DID NOT STATE NAME  - SECURITY**

AGE: 30+ HEIGHT: 5'10 WEIGHT: 220 HAIR: BLACK SKIN: HISPANIC SEX: Male EYES:  MARKS:

DATE & TIME OF DELIVERY:   **5/24/2024**
**12:49 PM**

ADDRESS, CITY, AND STATE:
**100 Duffy Ave Ste 510**
**Hicksville, NY 11801**

MANNER OF SERVICE:
Delivery to Law Office:  Service was made by delivery to the attorney's office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. ([CCP 1011(1)]

Fee for Service: $ 125.00
Registration No.:
County:
JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE X
WESTMINSTER, CA 92683
(866) 754-0520

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  May 24, 2024.



Signature: _____
JOE DeROSA

**PROOF OF HAND DELIVERY**

982(a)(23)                                                                                                                                   Order#: 225882/CCP1011

| Party Name | Case Number | Case Title | Court | Date Filed |
|---|---|---|---|---|
| Sookul, Sanjay (pla) | 1:2022cv09188 | Sookul v. Shortboxed LLC | New York Southern District Court | 10/26/2022 |
| Sookul, Sanjay (pla) | 1:2022cv09191 | Sookul v. Lone Star Comics, Inc. | New York Southern District Court | 10/26/2022 |
| Sookul, Sanjay (pla) | 1:2022cv09197 | Sookul v. Elite Comics11 LLC | New York Southern District Court | 10/27/2022 |
| Sookul, Sanjay (pla) | 1:2022cv09199 | Sookul v. ComicLink Services, LLC | New York Southern District Court | 10/27/2022 |
| Sookul, Sanjay (pla) | 1:2022cv09203 | Sookul v. Golden Apple Industries, Inc. | New York Southern District Court | 10/27/2022 |
| Sookul, Sanjay (pla) | 1:2022cv09776 | Sookul v. Worldwide Comics, Inc. | New York Southern District Court | 11/16/2022 |
| Sookul, Sanjay (pla) | 1:2022cv09780 | Sookul v. Goldin Auctions, LLC | New York Southern District Court | 11/16/2022 |
| Sookul, Sanjay (pla) | 1:2022cv10037 | Sookul v. Certified Collectibles Group, LLC | New York Southern District Court | 11/25/2022 |
| Sookul, Sanjay (pla) | 1:2022cv10128 | Sookul v. Diamond Comic Distributors, Inc. | New York Southern District Court | 11/29/2022 |
| Sookul, Sanjay (pla) | 1:2023cv00375 | Sookul v. Antihero Gallery LLC | New York Southern District Court | 1/16/2023 |
| Sookul, Sanjay (pla) | 1:2023cv00379 | Sookul v. Galaxy of Comics | New York Southern District Court | 1/16/2023 |
| Sookul, Sanjay (pla) | 1:2023cv00382 | Sookul v. GoCollect, LLC | New York Southern District Court | 1/16/2023 |
| Sookul, Sanjay (pla) | 1:2023cv01789 | Sookul v. Greg Reece's Rare Comics, LLC | New York Southern District Court | 3/1/2023 |
| Sookul, Sanjay (pla) | 1:2023cv02391 | Sookul v. The 616 Comics LLC | New York Southern District Court | 3/21/2023 |
| Sookul, Sanjay (pla) | 1:2023cv02394 | Sookul v. Bry's Comics, Inc. | New York Southern District Court | 3/21/2023 |
| Sookul, Sanjay (pla) | 1:2023cv02395 | Sookul v. Certified Comic Shop LLC | New York Southern District Court | 3/21/2023 |
| Sookul, Sanjay (pla) | 1:2023cv02396 | Sookul v. Hypno Comics & Games | New York Southern District Court | 3/21/2023 |
| Sookul, Sanjay (pla) | 1:2023cv02397 | Sookul v. Quality Comix, LLC | New York Southern District Court | 3/21/2023 |
| Sookul, Sanjay (pla) | 1:2023cv06293 | Sookul v. The Black Tux, Inc. | New York Southern District Court | 7/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv06295 | Sookul v. Gymreapers LLC | New York Southern District Court | 7/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv06297 | Sookul v. Sartoro LLC | New York Southern District Court | 7/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv06298 | Sookul v. Generation Tux, Inc. | New York Southern District Court | 7/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv06827 | Sookul v. BYLT Premium Basics, LLC | New York Southern District Court | 8/3/2023 |
| Sookul, Sanjay (pla) | 1:2023cv06828 | Sookul v. Codeage LLC | New York Southern District Court | 8/3/2023 |
| Sookul, Sanjay (pla) | 1:2023cv06831 | Sookul v. BF Sleep LLC | New York Southern District Court | 8/3/2023 |
| Sookul, Sanjay (pla) | 1:2023cv06833 | Sookul v. Philips North America, LLC | New York Southern District Court | 8/3/2023 |
| Sookul, Sanjay (pla) | 1:2023cv07234 | Sookul v. Takeya USA Corporation | New York Southern District Court | 8/15/2023 |
| Sookul, Sanjay (pla) | 1:2023cv07235 | Sookul v. SamaraScents, LLC | New York Southern District Court | 8/15/2023 |
| Sookul, Sanjay (pla) | 1:2023cv07276 | Sookul v. Distacart Inc. | New York Southern District Court | 8/16/2023 |
| Sookul, Sanjay (pla) | 1:2023cv07277 | Sookul v. Print Syndicate, Inc. | New York Southern District Court | 8/16/2023 |
| Sookul, Sanjay (pla) | 1:2023cv08129 | Sookul v. Resident Home LLC | New York Southern District Court | 9/14/2023 |
| Sookul, Sanjay (pla) | 1:2023cv08132 | Sookul v. Resident Home LLC | New York Southern District Court | 9/14/2023 |
| Sookul, Sanjay (pla) | 1:2023cv08141 | Sookul v. Resident Home LLC | New York Southern District Court | 9/14/2023 |
| Sookul, Sanjay (pla) | 1:2023cv08145 | Sookul v. The Wine Group LLC | New York Southern District Court | 9/14/2023 |
| Sookul, Sanjay (pla) | 1:2023cv08149 | Sookul v. Jordan Craig Design, LLC | New York Southern District Court | 9/14/2023 |
| Sookul, Sanjay (pla) | 1:2023cv09273 | Sookul v. Brother's Bond Distilling Company, LLC | New York Southern District Court | 10/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv09276 | Sookul v. Fresh Vine Wine, Inc. | New York Southern District Court | 10/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv09278 | Sookul v. K & Soda, Inc. | New York Southern District Court | 10/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv09282 | Sookul v. Pestie, Inc | New York Southern District Court | 10/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv09284 | Sookul v. Funny Water, Inc. | New York Southern District Court | 10/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv09286 | Sookul v. Dune Suncare, Inc. | New York Southern District Court | 10/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv09288 | Sookul v. Chamberlain Coffee, Inc. | New York Southern District Court | 10/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv10164 | Sookul v. Fresh Clean Threads, Inc. | New York Southern District Court | 11/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv10168 | Sookul v. Bespoken Spirits Inc. | New York Southern District Court | 11/20/2023 |
| Sookul, Sanjay (pla) | 1:2023cv10810 | Sookul v. Stoli Group (USA), LLC | New York Southern District Court | 12/12/2023 |
| Sookul, Sanjay (pla) | 1:2023cv10811 | Sookul v. 222 Spirits Company LLC | New York Southern District Court | 12/12/2023 |
| Sookul, Sanjay (pla) | 1:2024cv00291 | Sookul v. Happy Head, Inc. | New York Southern District Court | 1/15/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00300 | Sookul v. Mantl, Inc. | New York Southern District Court | 1/16/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00302 | Sookul v. Keep Your Cadence, Inc. | New York Southern District Court | 1/16/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00304 | Sookul v. Sauce Ventures, LLC | New York Southern District Court | 1/16/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00311 | Sookul v. Rumpl, Inc. | New York Southern District Court | 1/16/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00317 | Sookul v. Blue Bottle Coffee, LLC | New York Southern District Court | 1/16/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00319 | Sookul v. SH Beauty Inc. | New York Southern District Court | 1/16/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00321 | Sookul v. Archipelago Group LLC | New York Southern District Court | 1/16/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00508 | Sookul v. Collectors Choice Comics LLC | New York Southern District Court | 1/24/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00606 | Sookul v. R2NET Inc. | New York Southern District Court | 1/27/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00607 | Sookul v. Bird City Comics, LLC | New York Southern District Court | 1/27/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00608 | Sookul v. Obagi Cosmeceuticals LLC | New York Southern District Court | 1/27/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00668 | Sookul v. Enfants Riches Deprimes, LLC | New York Southern District Court | 1/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00669 | Sookul v. Byredo USA Inc. | New York Southern District Court | 1/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00670 | Sookul v. 40s And Shorties LLC | New York Southern District Court | 1/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv00675 | Sookul v. Oroboro, Inc. | New York Southern District Court | 1/30/2024 |

| Plaintiff | Case Number | Case Title | Court | Date |
|---|---|---|---|---|
| Sookul, Sanjay (pla) | 1:2024cv02166 | Sookul v. Footwear Unlimited, Inc. | New York Southern District Court | 3/22/2024 |
| Sookul, Sanjay (pla) | 1:2024cv02175 | Sookul v. Maceoo LLC | New York Southern District Court | 3/22/2024 |
| Sookul, Sanjay (pla) | 1:2024cv02177 | Sookul v. Olivela Inc. | New York Southern District Court | 3/22/2024 |
| Sookul, Sanjay (pla) | 1:2024cv02181 | Sookul v. DP Dream Pairs Inc. | New York Southern District Court | 3/22/2024 |
| Sookul, Sanjay (pla) | 1:2024cv02186 | Sookul v. Chene Gear Co., LLC | New York Southern District Court | 3/22/2024 |
| Sookul, Sanjay (pla) | 1:2024cv03253 | Sookul v. GlassesEasyBuy Ltd | New York Southern District Court | 4/29/2024 |
| Sookul, Sanjay (pla) | 1:2024cv03296 | Sookul v. One & Only Collective Inc | New York Southern District Court | 4/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv03301 | Sookul v. ILL Merchandise LLC | New York Southern District Court | 4/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv03303 | Sookul v. OfficialMerchandise.com LLC | New York Southern District Court | 4/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv03306 | Sookul v. Giant Vintage Inc. | New York Southern District Court | 4/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv03308 | Sookul v. Flewd Inc. | New York Southern District Court | 4/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv03309 | Sookul v. Diotima, Inc. | New York Southern District Court | 4/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv03311 | Sookul v. Rabot LLC | New York Southern District Court | 4/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv03314 | Sookul v. Sworld, Inc. | New York Southern District Court | 4/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv03318 | Sookul v. Chicken Coop Canopy, LLC | New York Southern District Court | 4/30/2024 |
| Sookul, Sanjay (pla) | 1:2024cv03321 | Sookul v. Infinity 1 Incorporated | New York Southern District Court | 4/30/2024 |



**PRIORITY MAIL®**

US POSTAGE PAID
$9.85
Origin: 92616
06/06/24
0537130253-7
Retail

EXPECTED DELIVERY DAY: 06/08/24

0 Lb 3.00 Oz
RDC 03
C099

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING® #

9505 5146 9718 4158 7612 44

TRACKED
FLAT RATE
ONE RATE ■ ANY WE

PRESS FIRMLY TO SEA...SEAL

PRIORITY M...
FLAT RATE ENV...
POSTAGE REQU...

SDNY
2024 JU...
AM...

■ Expected delivery dat...
■ Domestic shipments i...
■ USPS Tracking® servi...
■ Limited international i...
■ When used internation...
*Insurance does not cover cer...
**See International Mail Manu...
Domestic Mail Manual at http:...

FROM:
Steven Newman
Official Merchandise.co...
23046 Avenida de la Carl...
Suite 600
Laguna Hills, CA 92653

TO:
The Honorable Judge Car...
c/o Pro Se Office
United States District C...
for the Southern Distric...
of New York



