UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/1/2024

---

**SOOKUL,**

                                 **Plaintiff,**

               -against-

**OFFICIALMERCHANDISE.COM LLC,**

                                 **Defendant.**

---

**24-CV-03303**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court construes Defendant's June 11, 2024 letter as a pre-motion conference letter for an anticipated motion to dismiss.  *See* ECF No. 6.  Plaintiff is hereby **ORDERED** to respond to Defendant's letter by July 8, 2024.

**SO ORDERED.**

**Dated:    July 1, 2024**
           **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**