```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**SANJAY SOOKUL, on behalf of himself and all others similarly situated,**

        **Plaintiff,**

-against-

**OFFICIALMERCHANDISE.COM LLC,**

        **Defendant.**

24-CV-03303

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court amends its prior order in ECF No. 14: The Parties are **ORDERED** to file a stipulation of dismissal or joint status report by December 1, 2024.

**SO ORDERED.**

Dated:   November 1, 2024
           New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**