

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: kimmia@khaimovlaw.com

**VIA ECF**
Honorable Andrew L. Carter, Jr
United States District Judge
Southern District of New York
40 Foley Square
New York, New York

December 1, 2024

Re:    1:24-cv-03303-ALC, *Sookul v. OfficialMerchandise.com LLC*

Dear Judge Carter:

The parties respectfully submit this joint letter to update the Court on the status of finalizing the settlement in this matter, as directed by the Court. The parties reached a settlement in principle on October 16, 2024, and Plaintiff filed the Notice of Settlement with the Court on the same date. Plaintiff's counsel provided Defendant with a draft settlement agreement by October 21, 2024, for review and execution. However, Defendant has indicated that they have been unable to review and consent to the draft settlement agreement, and that Defendant requires more time to do so.

As a result, the parties jointly and respectfully request a forty-five (45) day extension, until January 15, 2025, to further attempt to finalize the settlement of this matter. On such date, Plaintiff will either:

1) File a stipulation of dismissal if Defendant cooperates in finalizing the settlement agreement, or

2) File a request to place this matter back on the Court's active calendar if the settlement cannot be finalized due to Defendant's failure to finalize the agreement.

We appreciate the Court's attention to this matter and thank it for its consideration.

Respectfully submitted,

*/s/ Kimmia Salehi*
Kimmia Salehi, Esq.
Attorney for Plaintiff

Cc: Steven Newman
    Representative for Defendant-Company

