UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SANJAY SOOKUL, on behalf of himself and all others similarly situated,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　-against-<br><br>**OFFICIALMERCHANDISE.COM LLC,**<br><br>　　　　　　**Defendant.** | 24-CV-03303<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　In light of Defendant commencing bankruptcy proceedings, the Court **ORDERS** that this case be stayed. The Parties are ORDERED to file a joint status report as to the status of this case on Tuesday, May 6, 2025, or 10 days following the completion of bankruptcy proceedings, whichever is earlier.

**SO ORDERED.**
Dated:　　**February 5, 2025**
　　　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**