UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANJAY SOOKUL, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　-against-<br><br>OFFICIALMERCHANDISE.COM LLC,<br><br>　　　　　Defendant. | 24-CV-03303<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　On February 5, 2025, the Court ordered the Parties to file a joint status report as to the status of this case on May 6, 2025 or 10 days following the completion of bankruptcy proceedings, whichever was earlier. The Parties have yet to file a status report. The Court **ORDERS** the Parties to file a joint status report as to the status of this case on June 13, 2025.

**SO ORDERED.**
**Dated:　May 29, 2025**
　　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**